Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>    Plaintiff,<br><br>  vs.<br><br>MANJIT SINGH; SUKHJINDER SINGH BRAR dba RAYMAN'S MINI MART,<br><br>    Defendants. | No. 1:12-cv-00653-AWI-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER CLOSING CASE** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and all Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).


Date: June 27, 2012                    MOORE LAW FIRM, P.C.



                                       /s/Tanya E. Moore
                                       Tanya E. Moore
                                       Attorneys for Plaintiff Natividad Gutierrez

*Gutierrez v. Singh, et al.*
Notice of Voluntary Dismissal; [Proposed] Order
                        Page 1

**ORDER**

IT IS HEREBY ORDERED that, pursuant to Rule 41(a)(1), this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated:   June 27, 2012                              _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE