1 Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
2 MOORE LAW FIRM, P.C.
332 North Second Street
3 San Jose, California 95112
Telephone (408) 298-2000
4 Facsimile (408) 298-6046

5 Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,           )<br>                              )<br>         Plaintiff,           )<br>                              )<br>    vs.                       )<br>                              )<br>MANJIT SINGH; SUKHJINDER SINGH )<br>BRAR dba RAYMAN'S MINI MART,  )<br>                              )<br>         Defendants.          )<br>_____)| No. 1:12-cv-00653-AWI-SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION; [PROPOSED] ORDER CLOSING CASE** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and all Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby respectfully requests that this action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: June 27, 2012                    MOORE LAW FIRM, P.C.


                                       /s/Tanya E. Moore
                                       Tanya E. Moore
                                       Attorneys for Plaintiff Natividad Gutierrez

# **ORDER**

IT IS HEREBY ORDERED that, pursuant to Rule 41(a)(1), this action be dismissed with prejudice in its entirety.

IT IS SO ORDERED.

Dated: June 27, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE